IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**IAN LEONARD CLARK**,

        Plaintiff,

v.

**TINA KOTEK**,

        Defendant.

No. 3:24-cv-01750-JR

OPINION AND ORDER

**BAGGIO, District Judge:**

On October 18, 2024, Magistrate Judge Jolie Russo issued her Findings and Recommendation ("F&R") [ECF 6], recommending that this Court dismiss Plaintiff's complaint without leave to amend and that all pending motions be denied as moot. Judge Russo also found Plaintiff's application to proceed *in forma pauperis* [ECF 2] should be granted, but she recommended that the Clerk of Court should not issue process because the case should be dismissed. Plaintiff Ian Leonard Clark ("Plaintiff") objected [ECF 10]. This Court ADOPTS Judge Russo's F&R [ECF 6].

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. 28 U.S.C. § 636(b)(1)(C). If a party objects, the court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made." *Id.* § 636(b)(1)(C). The court is not, however, required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *Thomas v.*

1 – OPINION AND ORDER

*Arn*, 474 U.S. 140, 149 (1985); *United States v. Ramos*, 65 F.4th 427, 433 (9th Cir. 2023). While the level of scrutiny that the court applies to its F&R review depends on whether a party has filed objections, the court is free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C); *see also Thomas*, 474 U.S. at 154.

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the F&R. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in Judge Russo's F&R.

## CONCLUSION

The Court ADOPTS Judge Russo's Findings and Recommendation [ECF 6]. Therefore, Plaintiff's Complaint [1] is DISMISSED without leave to amend and with prejudice. All pending motions will be denied as moot.

IT IS SO ORDERED.

DATED this __7th__ day of January, 2025.

_____
AMY M. BAGGIO
United States District Judge

2 – OPINION AND ORDER