IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**IAN LEONARD CLARK**,

    Plaintiff,

v.

**TINA KOTEK**,

    Defendant.

No. 3:24-cv-01750-JR

JUDGMENT

**BAGGIO, District Judge:**

In accordance with the Opinion and Order issued on January 7, 2025, IT IS ORDERED AND ADJUDGED that the above captioned matter is DISMISSED with prejudice and all pending motions are dismissed as moot. This case is closed.

DATED this 8th day of January, 2025.

*Amy M. Baggio*
_____
AMY M. BAGGIO
United States District Judge